A. Michael Weber (AW-8760)
Sara D. Sheinkin (SS-9719)
LITTLER MENDELSON, P.C.
885 Third Avenue, 16th Floor
New York, NY  10022.4834
212.583.9600

Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Elijah Johnson, | Case No. 07 Civ. 6320 (DC) |
| Plaintiff, | **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** |
| -against- | |
| Cooper Industries, Inc., | **Electronically Filed** |
| Defendant. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Cooper Industries, Ltd. (incorrectly identified in the Complaint as Cooper Industries, Inc.), through the undersigned counsel of record, hereby states that it has no parent corporations and that there is no publicly held company that owns 10% or more of its stock.

Cooper Industries, Ltd. is the parent company of Cooper Wiring Devices.

Date:   January 8, 2006
        New York, New York

/s Sara Sheinkin
A. Michael Weber (AW-8760)
Sara Danielle Sheinkin (SS-9719)
LITTLER MENDELSON
  A Professional Corporation
885 Third Avenue
16th Floor
New York, NY  10022.4834
212.583.9600

Attorneys for Defendant