A. Michael Weber (AW-8760)
Sara D. Sheinkin (SS-9719)
LITTLER MENDELSON, P.C.
885 Third Avenue, 16th Floor
New York, NY  10022.4834
212.583.9600

Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Elijah Johnson, | Case No. 07 Civ. 6320 (DC) |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| -against- | |
| Cooper Industries, Inc., | **Electronically Filed** |
| Defendant. | |

Sara D. Sheinkin, of full age, hereby certifies as follows:

1. I am an attorney with the law firm of Littler Mendelson, P.C., counsel for Defendant in the above-captioned action. I am familiar with the facts set forth in this Certification.

2. On January 8, 2008, I served Plaintiff with a true and correct copy of (1) Defendant's Corporate Disclosure Statement, and (2) Defendant's Answer, by causing the same to be mailed in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to Plaintiff at the following address:

>   Mr. Elijah Johnson
>   603 Elm St.
>   Bamberg, S.C. 29003

2

3. I certify that the foregoing statements made by me are true. I understand that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  New York, New York
        January 8, 2008

                                                  /s Sara Sheinkin
                                                  Sara D. Sheinkin