```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
ELIJAH JOHNSON,                  :

            Plaintiff,      :     **ORDER**

      - against -              :     07 Civ. 6320 (DC)

COOPER INDUSTRIES, INC.,         :

           Defendant.      :
- - - - - - - - - - - - - - - - -x

**CHIN, D.J.**

      Following the conference held on March 14, 2008, IT IS HEREBY ORDERED that:

      1.   All discovery, fact and expert, shall be completed by July 11, 2008.

      2.   Defendant Cooper Industries, Inc. shall move for summary judgment by August 15, 2008.  **Pro se** plaintiff Elijah Johnson shall serve his opposition papers by September 15, 2008.  Defendant shall serve its reply, if any, by September 29, 2008.

      3.   Mr. Johnson is a non-ECF party and exempt from filing documents electronically.  Defendant may continue to file electronically, but service on Mr. Johnson shall be made by hard copy.

      SO ORDERED.

Dated:   New York, New York
        March 14, 2008

                                      DENNY CHIN
                                      United States District Judge