# MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Elijah Johnson,

        Plaintiff,

-against-

Cooper Industries, Inc.,

        Defendant.

Case No. 07 Civ. 6320 (DC)

**PROPOSED SCHEDULING ORDER**

---

WHEREAS, the Court established a Scheduling Order in this matter, dated March 14, 2008; and

WHEREAS, the parties request that the discovery period in this action be extended;

NOW, THEREFORE, the parties hereby submit the following proposed amended scheduling order:

1. All discovery in this matter is to be completed by September 9, 2008.

2. Defendant shall move for summary judgment no later than October 10, 2008.

3. Plaintiff shall serve his opposition papers to Defendant's motion for summary judgment no later than November 10, 2008.

4. Defendant shall serve its reply papers in support of its motion for summary judgment no later than November 24, 2008.

Dated: 6/27/2008

_Elijah Johnson_
Elijah Johnson, pro se plaintiff
587 Elm Street
Bamberg, South Carolina, 29003
(803) 245-1313

Dated:

_A. Michael Weber_
A. Michael Weber (AW-8760)
Sara D. Sheinkin (SS-9719)
LITTLER MENDELSON, P.C.
885 Third Avenue
New York, New York 10022-4834
(212) 583-9600

Attorneys for Defendants

SO ORDERED.

Dated: _____, 2008

USDJ 7/7/08