```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

ELIJAH JOHNSON,                    :

             Plaintiff,      :

   - against -                    :

COOPER INDUSTRIES, INC.,           :

             Defendant.      :

- - - - - - - - - - - - - - - - - -x

**ORDER**

07 Civ. 6320 (DC)

**CHIN, District Judge**

     It was reported to this Court that the above entitled action has been settled. Accordingly, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if a settlement is not completed by both parties within 60 days of the date of this order, either party may apply by letter within the 60-day period to restore the action to my calendar and I will restore the action.

     SO ORDERED.

Dated:  New York, New York
       August 28, 2008

DENNY CHIN
United States District Judge